**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | CAUSE NO. 2:22-CR-111 |
| DAVID FINLEY, JR., Defendant. | ) | |

**ORDER**

Before me are the findings and recommendation of Magistrate Judge John E. Martin relating to Defendant David Finley, Jr.'s plea of guilty to Count 1 of his indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 43.] Following a hearing on the record, Judge Martin found that Defendant is competent to enter a plea; knowingly and voluntarily wishes to enter a plea to the charge; understands the nature of the charge to which the plea is offered; understands his rights and knowingly and intelligently waives them; understands the maximum possible penalties and any applicable mandatory minimum sentence; and understands that sentencing guidelines apply and that the Court may depart from the guidelines under some circumstances; understands that answers may later be used against him in prosecution for perjury or false statement; and an independent factual basis exists for the Defendant's plea to the charge. [DE 46.] Judge Martin recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed Judge Martin's findings and recommendation concerning Defendant David Finley, Jr.'s plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the report and recommendation [DE 46] in its entirety.

Defendant David Finley, Jr. is adjudged GUILTY of unlawful possession of a firearm by a felon, in violation of Title 18 U.S.C. § 922(g)(1). The date of the sentencing hearing is to be set in a separate order.

SO ORDERED.

ENTERED: September 8, 2026.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE